UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:08CV198-FDW-DCK

| | |
|---|---|
| LEAH BURGIN and BOBBY BURGIN, Individually and as Co-Ancillary Administrator of the Estate of JAYCEE BURGIN, a deceased minor, and BOBBY BURGIN, Individually and as Co-Ancillary Administrator of the Estate of JAYCEE BURGIN, a deceased minor, <br><br> Plaintiffs, <br><br> v. <br><br> SAGEBRUSH OF NORTH CAROLINA, LLC, SAGEBRUSH/TENNESSEE, LLC, SAGEBRUSH STEAKHOUSE, CAROUSEL CAPITAL PARTNERS, L.P. and HOLTEN MEAT, INC. <br><br> Defendants. | **ORDER GRANTING MOTION PRO HAC VICE OF ROBERT K. JENNER** |

**THIS CAUSE** having come before the Court on motion of local counsel for Plaintiffs Leah Burgin and Bobby Burgin for admission *pro hac vice* of Robert K. Jenner, and it appearing to the Court under Local Rule 83.1(B) that Mr. Jenner should be admitted *pro hac vice* as representing Plaintiffs Leah Burgin and Bobby Burgin.

**IT IS THEREFORE ORDERED** that the motion is granted and that Robert K. Jenner is admitted to practice before this Court *pro hac vice*.

Signed: June 23, 2008

_____
David C. Keesler
United States Magistrate Judge