**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| **LEAH BURGIN and BOBBY BURGIN, Individually and as Co-Ancillary Administrators of the Estate of JAYCEE BURGIN, a deceased minor,** | § | **Case No. 3:08 cv 00198** |
| **Plaintiffs** | § | |
| **v.** | § | |
| **SAGEBRUSH OF NORTH CAROLINA, LLC, SAGEBRUSH/TENNESSEE, LLC, SAGEBRUSH STEAKHOUSE, CAROUSEL CAPITAL PARTNERS, L.P. and HOLTEN MEAT, INC.** | § | |
| **Defendants** | § | |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO RULE 41(a) (1)(i)**

PLEASE TAKE NOTICE that Plaintiffs, LEAH BURGIN and BOBBY BURGIN, Individually and as Co-Ancillary Administrators of the Estate of JAYCEE BURGIN, a deceased minor, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, hereby dismisses all claims and actions against the Defendant, CAROUSEL CAPITAL PARTNERS, only. All other causes of action against all other Defendants remain.

Dated: July _21_, 2008

By: __s/ John C. Hensley, Jr.__________

**JANET, JENNER & SUGGS, LLC**
John C. Hensley, Jr. (Bar No. 16668)
366 Merrimon Avenue
Asheville, North Carolina 28801
Telephone: (828) 771-0500
Facsimile: (828) 771-0502

**JANET, JENNER & SUGGS, LLC**
Robert K. Jenner (*pro hac vice*)
Dianna M. Morris (*pro hac vice*)
Hal J. Kleinman (*pro hac vice*)
1829 Reisterstown Road
Suite 230
Baltimore, Maryland 21208
Telephone: (410) 653-3200
Facsimile: (410) 653-6903

Attorneys for Plaintiffs