# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:08-CV-198-DCK

| | |
|---|---|
| LEAH BURGIN and BOBBY BURGIN, Individually and as Co-Ancillary Administrators of the Estate of JAYCEE BURGIN, a deceased minor, <br><br> Plaintiffs, <br><br> v. <br><br> SAGEBRUSH OF NORTH CAROLINA, LLC, SAGEBRUSH/TENNESSEE, LLC, SAGEBRUSH STEAKHOUSE, CAROUSEL CAPITAL PARTNERS, L.P. and HOLTEN MEAT, INC. <br><br> Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. §636(c), and there is a motion pending before the Court that is ripe for disposition.

**IT IS, THEREFORE, ORDERED** that counsel for the parties shall appear before the undersigned on **September 4, 2008** for a Status and Motions Hearing and an Initial Pretrial Conference. Counsel should be prepared to argue any pending motions at that time, and to discuss the status of the case and the proposed case management plan. The Clerk of Court will issue a separate Notice of Hearing confirming the date, time, and location of the hearing.

Signed: August 13, 2008

David C. Keesler
United States Magistrate Judge