UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:08CV198-DCK

| | |
|---|---|
| **LEAH BURGIN and BOBBY BURGIN,** Individually and as Co-Ancillary Administrator of the Estate of JAYCEE BURGIN, a deceased minor, and **BOBBY BURGIN**, Individually and as Co-Ancillary Administrator of the Estate of JAYCEE BURGIN, a deceased minor, <br><br> Plaintiffs, <br><br> v. <br><br> **SAGEBRUSH OF NORTH CAROLINA, LLC, SAGEBRUSH/TENNESSEE, LLC, SAGEBRUSH STEAKHOUSE, CAROUSEL CAPITAL PARTNERS, L.P.** and **HOLTEN MEAT, INC.** <br><br> Defendants. | **ORDER GRANTING MOTION PRO HAC VICE OF LOUIS A. HUBER** |

**THIS CAUSE** having come before the Court on motion of local counsel for Defendant National Beef Packing Company, LLC for admission *pro hac vice* of Louis A. Huber, and it appearing to the Court under Local Rule 83.1(B) that Mr. Huber should be admitted *pro hac vice* as representing Defendant National Beef Packing Company, LLC.

**IT IS THEREFORE ORDERED** that the motion is granted and that Louis A. Huber is admitted to practice before this Court *pro hac vice*.

Signed: December 4, 2008

David C. Keesler
United States Magistrate Judge