UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:08CV198-DCK

| | |
|---|---|
| LEAH BURGIN and BOBBY BURGIN, Individually and as Co-Ancillary Administrators of the Estate of JAYCEE BURGIN, a deceased minor, <br><br> Plaintiffs, <br><br> v. <br><br> SAGEBRUSH OF NORTH CAROLINA, LLC, SAGEBRUSH/TENNESSEE, LLC, SAGEBRUSH STEAKHOUSE, HOLTEN MEAT, INC., INSTITUTIONAL FOOD HOUSE, INC., NATIONAL BEEF PACING COMPANY, LLC, IBP, INC. and TYSON FOODS, INC., <br><br> Defendants. | **ORDER** |

**THIS MATTER** coming on to be heard on the "Agreed Motion For Leave To Dismiss Defendant, National Beef Packing Company, LLC" (Document No. 55) filed February 24, 2009; it is hereby Ordered that the Motion is **GRANTED**. Defendant National Beef Packing Company, LLC, is hereby dismissed without prejudice and with all parties bearing their own costs.

Signed: February 24, 2009

David C. Keesler
United States Magistrate Judge