UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:08CV198-DCK

| | |
|---|---|
| LEAH BURGIN and BOBBY BURGIN, Individually and as Co-Ancillary Administrators of the Estate of JAYCEE BURGIN, a deceased minor,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SAGEBRUSH OF NORTH CAROLINA, LLC, SAGEBRUSH/TENNESSEE, LLC, SAGEBRUSH STEAKHOUSE, and HOLTEN MEATS, INC.<br><br>　　　　Defendants. | **ORDER GRANTING MOTION<br>PRO HAC VICE** |

**THIS CAUSE** having come before the Court on motion of local counsel for Plaintiffs Leah Burgin and Bobby Burgin for admission *pro hac vice* of Howard A. Janet (Document #79), and it appearing to the Court under Local Rule 83.1(B) that Mr. Janet should be admitted *pro hac vice* as representing Plaintiffs Leah Burgin and Bobby Burgin.

**IT IS THEREFORE ORDERED** that the motion is granted and that Howard A. Janet is admitted to practice before this Court *pro hac vice*.

Signed: August 26, 2009

David C. Keesler
United States Magistrate Judge