# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:08cv198

| | |
|---|---|
| LEAH BURGIN and BOBBY BURGIN, Individually and as Co-Ancillary Administrators of the Estate of Jaycee Burgin, a deceased minor, <br><br> Plaintiffs, <br><br> Vs. <br><br> SAGEBRUSH OF NORTH CAROLINA, LLC; SAGEBRUSH/TENNESSEE, LLC; SAGEBRUSH STEAKHOUSE; and HOLTEN MEAT, INC., <br><br> Defendants. | ORDER |

**THIS MATTER** is before the court on Motion for the Scheduling of a Judicial Settlement Conference. Having considered such motion, sent a letter to all counsel of record providing for the rules for such conference and setting out briefing requirements, and the parties having agreed upon a date for such conference, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that a Judicial Settlement Conference shall convene at 10 a.m. on Wednesday, November 4, 2009, in the Library of the District Court, 100 Otis Street, in Asheville.

The Clerk of this court is respectfully requested to reserve the attorney conference rooms in addition to the Library.

```
                              Signed: October 2, 2009
```

*Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge