# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:08-CV-198-DCK

| | | |
|---|---|---|
| LEAH BURGIN and BOBBY BURGIN, Individually and as Co-Ancillary Administrators of the Estate of JAYCEE BURGIN, a deceased minor, | ) ) ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | **ORDER** |
| SAGEBRUSH OF NORTH CAROLINA, LLC, SAGEBRUSH/TENNESSEE, LLC, and HOLTEN MEAT, INC. | ) ) ) ) ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiffs' Motion *In Limine* #1" (Document No. 140) filed on March 23, 2010. The Court will *sua sponte* deny Plaintiffs' motion for failure to meet the requirements of the Local Rules. Local Rule 7.1(B) provides in pertinent part that "[a]ny motions other than for dismissal, summary judgment, or default judgment shall show that counsel have conferred or attempted to confer and have attempted in good faith to resolve areas of disagreement and set forth which issues remain unresolved." The pending motion does not indicate that the parties have conferred and set forth issues that remain unresolved. The undersigned expects that when the parties confer they will be able to resolve many, if not all, of the issues raised by Plaintiffs' motion. If after consultation, unresolved issues remain, the Court will address those matters following a proper motion.

**IT IS, THEREFORE, ORDERED** "Plaintiffs' Motion *In Limine* #1" (Document No. 140) is hereby **DENIED WITHOUT PREJUDICE**.

**SO ORDERED**.

Signed: March 23, 2010

David C. Keesler
United States Magistrate Judge