# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:08-CV-198-DCK

| | |
|---|---|
| LEAH BURGIN and BOBBY BURGIN, Individually and as Co-Ancillary Administrators of the Estate of JAYCEE BURGIN, a deceased minor, )))))) | |
| Plaintiffs )) | |
| v. ) | **ORDER** |
| ) | |
| SAGEBRUSH OF NORTH CAROLINA, LLC, SAGEBRUSH/TENNESSEE, LLC, and HOLTEN MEAT, INC. )))) | |
| Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. The Court was informed by letter dated March 24, 2010 that the parties have reached an agreement to settle this case. Both counsel and the parties are commended for their efforts to resolve this matter short of trial. Counsel are respectfully reminded of Section IV(E) of the Pretrial Order and Case Management Plan (Document No. 26) providing that the parties are to file all documents needed to effectuate the settlement of a case within thirty (30) days of reaching an agreement, unless additional time is sought and granted by the Court.

**IT IS THEREFORE ORDERED** that the parties shall file all documents necessary to effectuate the settlement of this case on or before **April 24, 2010**.

**SO ORDERED**.

Signed: March 24, 2010

David C. Keesler
United States Magistrate Judge