# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:08CV198-DCK

| | |
|---|---|
| **LEAH BURGIN and BOBBY BURGIN,** Individually and as Co-Ancillary Administrator of the Estate of JAYCEE BURGIN, a deceased minor, and **BOBBY BURGIN,** Individually and as Co-Ancillary Administrator of the Estate of JAYCEE BURGIN, a deceased minor, <br><br> Plaintiffs <br><br> v. <br><br> **SAGEBRUSH OF NORTH CAROLINA, LLC, SAGEBRUSH/TENNESSEE, LLC, and HOLTEN MEAT, INC.** <br><br> Defendants | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Agreed Motion To Dismiss Action" (Document No. 143) filed April 22, 2010. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.

Having carefully considered the motion, consent of all parties, and for good cause shown, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Agreed Motion To Dismiss Action" (Document No. 143) is **GRANTED**. This matter is hereby dismissed with prejudice as to all parties and with all parties' bearing their own costs.

Signed: April 22, 2010

David C. Keesler
United States Magistrate Judge