# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Leah Burgin, et al.,

    Plaintiff(s),                 JUDGMENT IN A CIVIL CASE

vs.                                      3:08-cv-198-DCK

Sagebrush of North Carolina, LLC, et al.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 22, 2010 Order.

Signed: April 22, 2010

Frank G. Johns, Clerk
United States District Court